**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7816

DAVID A. DAVIS,

Petitioner - Appellant,

versus

FRANK C. SIZER, JR., Deputy Commissioner of Maryland, Division of Corrections; MELANIE PERIERA, Former Deputy Commissioner; JON P. GALLEY, Warden, Western Correctional Institution,

Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge. (CA-01-2134-S)

Submitted: February 21, 2002    Decided: March 5, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David A. Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David A. Davis appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Davis v. Sizer, No. CA-01-2134-S (D. Md. Oct. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED